**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CHASE, | No. ED CV 12-1082 PA (OPx) |
|     Plaintiff, | JUDGMENT |
|     v. | |
| COUNTY OF SAN BERNARDINO, DEPUTY GREGORY TEPLANSKY, FERNANDO HERNANDEZ, and DEPUTY CHIEF ED RIPLEY, | |
|     Defendants. | |

Pursuant to the Court's Order of November 06, 2012, granting the Motion to Dismiss the First Amended Complaint filed by defendants the County of San Bernardino, Gregory Teplansky, Fernando Hernandez, and Deputy Chief Ed Ripley (collectively, "Defendants"), which dismissed with prejudice the First Amended Complaint filed by plaintiff Louis Chase "Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

//

//

//

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2 nothing and that Defendants shall have their costs of suit.

3       IT IS SO ORDERED.

5 DATED: November 6, 2012       _____

                                                    Percy Anderson
                                      UNITED STATES DISTRICT JUDGE