JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   LOUIS CHASE,                          No. ED CV 12-1082 PA (OPx)

12              Plaintiff,                  JUDGMENT

13         v.

14   COUNTY OF SAN BERNARDINO,
     DEPUTY GREGORY TEPLANSKY,
15   FERNANDO HERNANDEZ, and
     DEPUTY CHIEF ED RIPLEY,
16
               Defendants.
17

18

19         Pursuant to the Court's Order of November 06, 2012, granting the Motion to Dismiss

20   the First Amended Complaint filed by defendants the County of San Bernardino, Gregory

21   Teplansky, Fernando Hernandez, and Deputy Chief Ed Ripley (collectively, "Defendants"),

22   which dismissed with prejudice the First Amended Complaint filed by plaintiff Louis Chase

23   "Plaintiff"),

24         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's

25   Complaint is dismissed with prejudice.

26   //

27   //

28   //

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2  nothing and that Defendants shall have their costs of suit.

3       IT IS SO ORDERED.

4

5  DATED: November 6, 2012                 _____

6                                 Percy Anderson
                         UNITED STATES DISTRICT JUDGE